JAMES C. FARGO et al., as Executors of WILLIAM G. FARGO, Deceased, Respondents, *v.* HERBERT G. SQUIERS et al., Respondents, and ANNA E. ALBREE et al., Appellants.

*Fargo* v. *Squiers*, 119 App. Div. 914, appeal dismissed.
(Argued October 1, 1907; decided October 15, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 1, 1907, which affirmed an order of Special Term denying an application to apportion between capital and income certain disbursements of the plaintiffs in connection with the real estate of William G. Fargo, deceased.

*John Larkin* and *Ansley Wilcox* for appellants.

*Jacob Stern* for plaintiffs, respondents.

*Lyman M. Bass* and *Louis L. Babcock* for defendants, respondents.

Appeal dismissed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES W. MORRELL, Appellant, *v.* WILLIAM E. DOLD, Respondent.

*People ex rel. Morrell* v. *Dold,* 119 App. Div. 888, affirmed.
(Submitted October 1, 1907; decided October 15, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 31, 1907, which affirmed an order of Special Term dismissing a writ of habeas corpus.

*Leonard F. Fish* for appellant.

*Charles E. Lydecker* for respondent.

Order affirmed; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.